IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

GREGORY SCOTT CLAXTON,

      Appellant,

v.

      Case No.  5D22-1708
      LT Case Nos. 2021-CF-047947-A
                 2020-CF-05340-A

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed August 1, 2023

Appeal from the Circuit Court
for Brevard County,
Stephen G. Henderson, Judge.

Tamara Meister, Indialantic, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Whitney Brown
Hartless, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

SOUD, KILBANE and PRATT, JJ., concur.